**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6334**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DAVID ALEXANDER CULVER,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Kenneth D. Bell, District Judge.  (5:19-cr-00013-KDB-DCK-1)

Submitted:  August 19, 2022                    Decided:  August 26, 2022

Before NIEMEYER and THACKER, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

David Alexander Culver, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

David Alexander Culver appeals the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. Upon review, we discern no abuse of discretion in the district court determination that Culver did not establish extraordinary and compelling reasons justifying early release, nor in its explanation of its denial of Culver's motion. *See United States v. Jenkins*, 22 F.4th 162, 170-71 (4th Cir. 2021). We therefore affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*